

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of I.H., a child,

No. 11-22-00287-CV

* From the 326th District Court
   of Taylor County,
   Trial Court No. 10513-CX.

* March 23, 2023

* Memorandum Opinion by Williams, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.